B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

## Southern District of Georgia
### Case No. 07–20981–JSD
### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Wanda Denise Brightwell
      aka Wanda McGrew, aka Wanda Astin
    108 Reynolds Street
    St. Marys, GA 31558

Social Security No.:
    xxx–xx–8089

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT



John S. Dalis
United States Bankruptcy Judge
PO Box 8347
Savannah, GA 31412

Dated: March 25, 2008

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 113J-2          User: jbergen          Page 1 of 2          Date Rcvd: Mar 25, 2008
Case: 07-20981               Form ID: b18            Total Served: 50
```

The following entities were served by first class mail on Mar 27, 2008.
```
db          +Wanda Denise Brightwell,    108 Reynolds Street,    St. Marys, GA 31558-2765
cr          +Systems & Services Technologies, Inc.,    c/o Joe Lozano,    P O Box 829009,
             DALLAS, Tx 75382-9009
4190055     +Accounts Recovery,  International,    Post Office Box 1673,    Brunswick, GA 31521-1673
4190059     +BankFirst/Action Card,    Post Office Box 5159,    Sioux Falls, SD 57117-5159
4190060      Bass and Associates,    3936 E Fort Lowell Road,    Suite 200,    Tucson, AZ  85712-1083
4190061     +Bennett & Deloney,    2950 East Flamingo Road,    Las Vegas, NV 89121-5208
4190062     +Camden County Magistrate,  Court,    Post Office Box 386,    Woodbine, GA 31569-0386
4190063     +Camden County Public,  Health Department,    600 Charles Gilman Jr Ave,
             Kingsland, GA 31548-6290
4190064      Cavalry Portfolio Services,    Post Office Box 9,    Hawthorne, NY  10532-0009
4190065     +Century Services, Inc.,    1391 Carr Street, Suite 209,    Lakewood, Colorado 80214-6118
4190066     +Citifinancial,    1919 Glynn Ave, Suite 7,    Brunswick, GA 31520-6140
4190067     +Coastal Area Collections,    Post Office Box 1255,    Brunswick, GA 31521-1255
4190068     +Coastal Georgia Community,  College,    3700 Altama Avenue,    Brunswick, GA 31520-3632
4190069     +Concorde Career College,    3239 Broadway Street,    Kansas City, MO 64111-2407
4190070      Credit Bureau Services,    100 West Morgan Street,    Durham, NC 27701-3315
4190071     +Direct Loans,    U.S. Department of Ed.,    Post Office Box 9003,    Niagara Falls, NY 14302-9003
4190072     +Diversified Collection Svcs,    Post Office Box 870547,    Morrow, GA 30287-0547
4190075     +First Coast Emergency,    Services,    Post Office Box 15385,    Durham, NC 27704-0385
4190076     +Friedmans Jewelers,    6586 Highway 40 East,    Saint Marys, GA 31558-4039
4190077     +G.T. Direct,    Post Office Box 532,    Plainview, NY 11803-0532
4190078     +GC Services,    Collection Division,    6330 Gulfton,    Houston, TX 77081-1108
4190079      Georgia Power Company,    96 Annex,    Atlanta, GA 30396-0001
4190080     +Harbor Pines Apartments,    2000 Harbor Pines Drive,    St. Marys, GA 31558-2793
4190082     +I. C. R.,    444 Highway 96 East,    Box 64378,    St. Paul, MN 55127-2557
4190083     +J. Alan Welch,    Attorney At Law,    2225 Gloucester Street,    Brunswick, GA 31520-6912
4190084     +Lanier Collection Agency,    Post Office Box 15519,    Savannah, GA 31416-2219
4190085     +Law Office of Edward Smith,    426 Memorial Drive,    Waycross, GA 31501-2907
4190087     +Money,    Post Office Box 60001,    Tampa, FL 33660-0001
4190088     +National Credit Systems,    3800 Camp Creek Pkwy.,    B18,    Atlanta, GA 30331-6247
4190089      Nationwide Credit, Inc.,    Post Office Box 740640,    Atlanta, GA  30374-0640
4190090     +Navy Federal Credit Union,    569 Charlie Smith Sr. Hwy.,    Saint Marys, GA 31558-3029
4190091     +Peachtree Pest Control, Inc.,    3231 Cypress Mill Road,    Brunswick, GA 31525-2855
4190092     +Publishers Clearing House,    Post Office Box 26302,    Lehigh Valley, PA 18002-6302
4190097     +SST,    Post Office Box 801997,    Kansas City, MO 64180-0001
4190093      Southeast Georgia Health,    Systems,    Post Office Box 1518,    Brunswick, GA 31521-1518
4190094     +Southeast Georgia Radiology,    3020 Shrine Road,    Brunswick, GA 31520-4743
4190095     +Southwest Credit Systems LP,    5910 West Plano Parkway,    Suite 100,    Plano, TX 75093-2202
4190096     +Speedy Cash Title,    4406 Altama Avenue,    Brunswick, GA 31520-3005
4190098      State Farm Insurance,    Post Office Box 23025,    Columbus, GA 31902-3025
4190099     +T Mobile,    12740 Atlantic Boulevard,    Jacksonville, FL 32225-6111
4190100     +TWS Credit, LLC,    5251 Westheimer,    Houston, TX 77056-5412
4190102      US Department of Education,    Post Office Box 530260,    Atlanta, GA  30353-0260
4190101     +United 1st Federal Credit,  Union,    Post Office Box 6150,    St. Marys, GA 31558-6150
4190103     +West Asset Management,    461 North Main Street,    Warsaw, NY 14569-1032
4190104      Woodbine Family Care,  Center,    Post Office Box 307,    Woodbine, GA  31569-0307
```

The following entities were served by electronic transmission on Mar 25, 2008.
```
4190057      EDI: CINGMIDLAND.COM Mar 25 2008 16:10:00      AT&T,    Post Office Box 8212,
             Aurora, IL 60572-8212
4190058     +EDI: BANKAMER.COM Mar 25 2008 16:10:00      Bank of America,    Post Office Box 15026,
             Wilmington, DE 19850-5026
4190074     +EDI: ECMC.COM Mar 25 2008 16:10:00      ECMC,    Lock Box 8639,    Post Office Box 75848,
             St. Paul, MN 55175-0848
4190073     +EDI: ECAST.COM Mar 25 2008 16:10:00      Ecast,    Post Office Box 7247-7156,
             Philadelphia, PA 19170-0001
4190081      EDI: HFC.COM Mar 25 2008 16:10:00      HSBC Card Services,    PO Box 5222,
             Carol Stream, IL 60197-5222
4190103     +EDI: WESTASSET.COM Mar 25 2008 16:10:00      West Asset Management,    461 North Main Street,
             Warsaw, NY 14569-1032
                                                                                      TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4190056      Antonio Brightwell,    Address Unknown
4190086      Mini Warehouse
                                                                              TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 113J-2        User: jbergen          Page 2 of 2              Date Rcvd: Mar 25, 2008
Case: 07-20981             Form ID: b18           Total Served: 50
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2008**                              **Signature:**