# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Wanda Denise Brightwell**
    Debtor

Case No.:   07–20981–JSD
Judge:   John S. Dalis

Chapter:   7

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

***IT IS ORDERED THAT:***

☑ R. Michael Souther is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and

☑ The chapter 7 case of the above debtor is closed; and

☐ Other provisions:

    John S. Dalis,
    United States Bankruptcy Judge
    PO Box 8347
    Savannah, GA 31412

Dated: April 17, 2008

B271 [Rev. 06/05] **JM**